UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA ANDERSON, as legal guardian and next friend of her minor child, "K.A.", | ) ) ) | |
| Plaintiff, | ) ) | No. 21-cv-4821 |
| vs. | ) ) | Judge Franklin U. Valderrama |
| CHICAGO BOARD OF EDUCATION; DARREN BELL; and FOLASADE ADEKUNLE, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER APPROVING THE SETTLEMENT AND DISTRIBUTION OF
FUNDS INVOLVING PLAINTIFF'S MINOR CHILD**

This matter coming before the Court on Plaintiff's Amended Unopposed Motion for Approval of Settlement and Distribution of Funds Involving Plaintiff's Minor Child (R. 28) due notice provided and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is granted.

2. The Court approves the parties' written settlement agreement, including Defendant Chicago Board of Education's agreement to pay Plaintiff a total amount of $50,000.00.

3. The Court approves the parties' agreed distribution of $50,000.00 settlement funds, as follows:

    a. $30,000.00 to Plaintiff, for her minor child, K.A.; and,
    b. $20,000.00 in attorney's fees and costs to Law Offices of David S. Lipschultz, Inc.

4. Pursuant to the parties' written settlement agreement, each party shall bear its own remaining attorney's fees and costs.

5. This case is dismissed with prejudice. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the

Court without jurisdiction to enforce a settlement agreement. *See Shapo v. Engle*, 463 F.3d 641, 646 (7th Cir. 2006).

Date: 1/19/2022

_____
United States District Judge
Franklin U. Valderrama